# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **MARSHALL FIELDS and KARLA RENEE FIELDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No.** |
| | ) | |
| **v.** | ) | |
| **WALMART, INC., RUTHERFORD COUNTY, CITY OF MURFREESBORO and CRAIG SNIDER,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF REMOVAL FILED BY THE CITY OF MURFREESBORO, TENNESSEE

Please take notice that pursuant to 28 U.S.C. § 1441, *et seq.*, Defendant City of Murfreesboro, Tennessee (the "City"), by and through undersigned counsel, hereby provides notice of removal of this action from the Circuit Court of Rutherford County, Tennessee. In support of removal, the City states the following:

1. The City appears for the purpose of exercising its right under provisions of 28 U.S.C. § 1441, *et seq.*, to remove the action styled *Marshall Fields and Karla Renee Fields v. Walmart, Inc., Rutherford County, City of Murfreesboro and Craig Snider*, Docket No. 83005, from the Circuit Court of Rutherford County, Tennessee, where such action is now pending.

2. On November 25, 2024, Plaintiffs filed their action against Rutherford County, Tennessee, Craig Snider, and Walmart, Inc. in Rutherford County Circuit Court. The City was not named as a defendant in the original iteration of the Complaint.

3. On February 18, 2025, Plaintiffs filed an Amended Complaint in Rutherford County Circuit Court and named the City as an additional defendant.

1

4923-0938-1643, v. 1

4. On March 6, 2025, the City was served through undersigned counsel.

5. In the Amended Complaint, Plaintiffs allege a federal claim against defendants, including the City, pursuant 42 U.S.C. § 1983, alleging violations of rights secured by the Constitution of the United States. (**Exhibit A**, Amended Complaint ¶¶ 37, 38, and 37).[1] Although not specified in the Amended Complaint, it appears that Plaintiffs are asserting a claim for excessive force under the Fourth Amendment.

5. This Court has original jurisdiction over Plaintiffs' federal claim pursuant to 28 U.S.C. §§ 1331 and 1343.

6. In the Amended Complaint, Plaintiffs also allege state common law claims against defendants for false arrest, false imprisonment, and negligence (*Id*., ¶¶ 12-17; 24-18).

7. This Court has supplemental jurisdiction over Plaintiffs' state claims pursuant to 28 U.S.C. § 1367(a).

8. Pursuant to 28 U.S.C. § 1446(a), the City attaches to this Notice, a copy of all processes, pleadings, and orders served upon the City in Rutherford County Circuit Court. (*See* Group **Exhibit B**, Summons and Amended Complaint).

9. Pursuant to 28 U.S.C. § 1441, venue is proper in the United States District Court for the Middle District of Tennessee, Nashville Division, which includes Rutherford County, the place where the state court action was pending.

10. The City reserves the right to raise all defenses and objections to this action after removal to this Court.

---

[1] The Amended Complaint includes three paragraphs bearing the number "37" and two paragraphs bearing the number "38." Here, these Defendants refer the three paragraphs under the "Section 1983 Standard" heading.

4923-0938-1643, v. 1

11.     Pursuant to 28 U.S.C. § 1446(b)(1), this Notice of Removal has been filed within thirty (30) days after the City's receipt of a copy of the initial pleading setting forth the claim for relief upon which this action is based.[2]

12.     Pursuant to 28 U.S.C. § 1446(b)(2), all Defendants expressly joined in consent to this removal.

13.     Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on Plaintiffs' counsel and filed with the Clerk of Rutherford County Circuit Court.

14.     Defendants reserve the right to amend or supplement this Notice of Removal.

WHEREFORE, the City of Murfreesboro, Tennessee hereby removes the above-action pending against it in Rutherford County Circuit Court to this Court.

Respectfully submitted,

*/s/ Cassandra M. Crane*
Cassandra M. Crane, BPR #34889
Mary Clark Herrod, BPR #41411
**FARRAR | BATES | BEREXA**
12 Cadillac Drive, Suite 480
Brentwood, Tennessee 37207
Phone: 615-254-3060
Fax: 615-254-9835
ccrane@fbb.law
mherrod@fbb.law
*Counsel for City of Murfreesboro, Tennessee and Craig Snider*

---

[2] As set forth above, the City was served with Summons and the Amended Complaint on March 6, 2025.

4923-0938-1643, v. 1

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 10th day of March 2025, a true and correct copy of the foregoing *Notice of Removal* has been forwarded via email to:

Anthony M. Kestner
Law Office of Weir & Kestner
10541 Cedar Grove Rd., Ste 130
P.O. Box 1851
Smyrna, TN 37167
tonykestner@wkjustice.com
*Attorney for Plaintiffs*

Nick C. Christiansen
Hudson, Reed & Christiansen, PLLC
16 Public Square North
Murfreesboro, Tennessee 37130
Office: (615) 893-5522
Fax: (615) 849-2135
nchristiansen@mborolaw.com
*Attorney for Rutherford County*

G. Andrew Rowlett, No. 016277
Stephanie Celada, No. 040238
HOWELL & FISHER, PLLC
3310 West End Avenue, Suite 550
Nashville, TN 37203
(615) 244-3370
arowlett@howell-fisher.com
scelada@howell-fisher.com
*Attorneys for Defendant Walmart, Inc.*

/s/ Cassandra M. Crane
Cassandra M. Crane

4923-0938-1643, v. 1